United States District Court
District Of Maine

| | |
|---|---|
| James Boothby,<br><br>         Plaintiff,<br><br>    v.<br><br>The Lobster Shack<br>At Two Lights, Inc., and<br>Jeff Porch and Katherine<br>Porch, individuals,<br><br>         Defendants. | Docket No.: 2:15-cv-489-NT |

<u>Notice Of Dismissal</u>

    Pursuant to the provisions of Rule 41(a)(1)(i), Plaintiff hereby dismisses the above-captioned matter with prejudice and without costs to any party. Defendants have not filed an Answer to the Complaint in this matter.


Date: April 14, 2016            <u>/s/ Jeffrey Neil Young</u>
                                Jeffrey Neil Young, Esq.
                                Johnson, Webbert & Young, LLP
                                160 Capitol Street, P.O. Box 79
                                Augusta, Maine  04332-0079
                                Tel:  (207) 623-5110
                                E-Mail: jyoung@johnsonwebbert.com

## Certificate Of Service

  I hereby certify that on April 14, 2016 I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Date: April 14, 2016      /s/ Jeffrey Neil Young
              Jeffrey Neil Young, Esq.
              Johnson & Webbert, L.L.P.
              160 Capitol Street, P.O. Box 79
              Augusta, Maine  04332-0079
              Tel:  (207) 623-5110
              E-Mail: jyoung@johnsonwebbert.com

              *Attorney for Plaintiff*